**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Angel Antonio CAMACHO, also known as Angel Antonio Camacho Arciga, Defendant–Appellant.**

**No. 11–40693**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 17, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, H. Michael Sokolow, Assistant Federal. Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, GARZA, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be

Appealing the judgment in a criminal case, Angel Antonio Camacho raises arguments that he concedes are foreclosed by *United States v. Betancourt,* 586 F.3d 303, 308–09 (5th Cir.2009), which reaffirmed the holding in *United States v. Gamez-Gonzalez,* 319 F.3d 695, 700 (5th Cir.2003), that knowledge of drug type and quantity is not an element of the offense under 21 U.S.C. § 841. The appellant's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.